IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HAWEYA MIRE,

        Plaintiff,

vs.                          Civil Action 2:06-CV-1056
                                Judge Sargus
                                Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

        On January 31, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be reversed and that this action be remanded for further consideration. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security is hereby **REVERSED** and this action is hereby **REMANDED** for further consideration of the medical necessity, if any, of plaintiff's use of a cane and, if so, the impact of that restriction on plaintiff's residual functional capacity.

        The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

2-19-2008
Date

                                              Edmund A. Sargus, Jr.
                                          United States District Judge